UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:14-cv-65-RJC-DSC

| | |
|---|---|
| LARRY D. SETTLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **ORDER TO REMAND** |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court on Defendant's unopposed motion to reverse the Commissioner's decision and remand this case to the Commissioner for further action. (Doc. No. 15). Under sentence four of 42 U.S.C. § 405(g), "[t]he court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." See, Melkonyan v. Sullivan, 501 U.S. 89, 98 (1991). The parties move this Court reverse the Commissioner's decision and remand the matter to the Commissioner for further proceedings and a new decision. For good cause shown, this motion is **GRANTED**.

Accordingly, the Court hereby **REVERSES the decision of the Commissioner** and **REMANDS this case** for further administrative proceedings.

**IT IS, THEREFORE, ORDERED**, for good cause shown, that Defendant's Motion for Remand, (Doc. No. 15), is **GRANTED.**

Signed: February 5, 2015

_____
Robert J. Conrad, Jr.
United States District Judge